

Entered on Docket
October 16, 2009

RECEIVED & FILED

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

SMITH JAMES J. '09 OCT 13 P1 :43
3111 BEL AIR DRIVE #3B
LAS VEGAS, NEVAA 89109

U.S. BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT
9TH DISTRICT OF NEVADA
300 S. LAS VEGAS BLVD, LAS VEGAS, NV 89101

In Re

SMITH, JAMES J.

Debtor

BK-S-09-11737 LBR
DATE: OCTOBER 8, 2009
TIME: 2:30 PM

## ORDER ON MOTION TO VACATE DISMISSAL

On consideration of the Debtor's MOTION To VACATE DISMISSAL Case # BKS -09-11737-LBR. the Court finds that such circumstances exist to justify the Motion and for good cause showing therefore,

**IT IS HEREBY ORDERED THAT Motion be Granted.**

//
//
//
//
//

DATED: 10/13/09

Submitted by:

JAMES J. SMITH
IN PROPER PERSON

_____
Judge, United States Bankruptcy Court

Submitted by:

IN PROPER PERSON